EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Chief, Violent Crime Section

MATTHEW J. RINKA
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii  96850
Telephone: (808) 440-9248
Facsimile: (808) 541-2958
E-Mail: Matthew.Rinka@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 17 2003

at____o'clock and ___min___M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR03 00457 HG |
| Plaintiff, | |
| vs. | INDICTMENT |
| VERONIKA KAPELI, a.k.a., <br> KATISHA WALLACE, a.k.a., <br> VERONICA WALLACE, a.k.a., <br> VERONICA JOHNSON. | [18 U.S.C. § 13, 111, 1363; <br> H.R.S § 708-836] |
| Defendant. | |

SEALED BY ORDER OF THE COURT

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

That, on or about May 21, 2003, in the District of Hawaii, VERONIKA KAPELI, defendant herein, did knowingly and by means and use of a dangerous weapon, to wit an automobile, forcibly assault, resist, oppose, impede, intimidate, and

SCANNED

interfere with Master-At-Arms Second Class William P. Flores, United States Navy, while he was engaged in the performance of his official duties.

All in violation of Title 18, United States Code, Section 111.

## COUNT 2

The Grand Jury further charges that:

On or about the May 21, 2003, in the District of Hawaii and at a place within the special maritime and territorial jurisdiction of the United States, namely Naval Station Pearl Harbor, VERONIKA KAPELI, defendant herein, did willfully and maliciously destroy and injure two Naval Station Pearl Harbor police vehicles.

All in violation of Title 18, United States Code, Section 1363.

## COUNT 3

The Grand Jury further charges that:

On or about May 21, 2003, in the District of Hawaii and at a place within the special maritime and territorial jurisdiction of the United States, namely Naval Station Pearl Harbor, VERONIKA KAPELI, defendant herein, did knowingly and intentionally exert control over the propelled vehicle of

//
//
//

another, to wit: a red Kia sedan bearing Hawaii License plate #JVA 987, the property of Earlawn Adkinson, by operating said vehicle without the owner's consent.

All in violation of Hawaii Revised Statute, Section 708-836, and Title 18, United States Code, Section 13.

DATED: September 17, 2003, at Honolulu, Hawaii.

A TRUE BILL.

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MATTHEW J. RINKA
Special Assistant U.S. Attorney

UNITED STATES v. VERONIKA KAPELI
CR. NO.
INDICTMENT