ORIGINAL

651976

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of Hawaii

UNITED STATES OF AMERICA

V.

VERONIKA KAPELI,
*aka* Katisha Wallace, Veronica Wallace, *and*
Veronica Johnson

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 03-00457HG-01

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 10 2007

at 9 o'clock and 45 min A M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST VERONIKA KAPELI, aka Katisha Wallace, Veronica Wallace, and Veronica Johnson, and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Failure to pay restitution
Failure to follow instructions of the Probation Officer
Failure to provide a truthful monthly supervision report
Failure to notify the Probation Office of change of address

RECEIVED
2006 JUN -1 AM 7:17
U.S. MARSHALS SERVICE
HONOLULU, HI.

Sue Beitia
Name and Title of Issuing Officer

Clerk U.S. District Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer/Deputy Clerk

SEAL

May 30, 2006 at Honolulu, Hawaii
Date and Location

Bail Fixed at NO BAIL

By: Helen Gillmor, Chief United States District Judge

RETURN

This warrant was received and executed with the arrest of the above-named defendant at FDC HONOLULU.

| Date Received 6/1/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 9/9/07 | JOHN W. GILMAN DUSM | [signature] |