# MINUTES

CASE NUMBER:       CR 03-00457HG

CASE NAME:         UNITED STATES OF AMERICA v. VERONIKA KAPELI,
                   aka Katisha Wallace, Veronica Wallace and Veronica Johnson

ATTYS FOR PLA:     Gabriel Colwell, SAUSA

ATTYS FOR DEFT:    Loretta A. Faymonville, AFPD

U.S.P.O.:          Lisa K.T. Jicha

---

JUDGE:    Helen Gillmor          REPORTER:    Stephen Platt

DATE:     September 12, 2007      TIME:        10:15 - 10:35

---

COURT ACTION:      ORDER TO SHOW CAUSE WHY SUPERVISED
                   RELEASE SHOULD NOT BE REVOKED AS TO
                   DEFENDANT VERONIKA KAPELI, aka Katisha
                   Wallace, Veronica Wallace and Veronica Johnson -

The defendant is present in custody.
The defendant admitted to Violation Nos. 1, 2, 3, and 4.

The Court finds that this is a Grade C violation, Criminal History Category I.

Supervised release is revoked.

ADJUDGED: Impr of 9 MONTHS as to Counts 1 and 2 to run concurrently,

SUPERVISED RELEASE: 27 MONTHS, upon the following conditions:

1.    That the defendant shall abide by the standard conditions of supervision.

2.    That the defendant not commit any crimes, federal, state, or local (mandatory
      condition).

3.    That the defendant not possess illegal controlled substances (mandatory condition).

4.      That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5.      That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6.      That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

7.      That restitution of $2,039.35 is due immediately to Public Works, Transportation Department, Naval Station, Pearl Harbor, Hawaii, and $11,964.84 to USAA Insurance, for a total of $14,004.19, immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income.  Interest is waived while the defendant is serving her term of imprisonment and shall commence to accrue on any remaining balance upon her release from imprisonment.

8.      That the defendant serve 180 days community confinement, in a residential reentry center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office.  While serving the term of community confinement, the defendant shall obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

9.      That the defendant participate in a mental health program, at the discretion and direction of the Probation Office and shall participate in and comply with substance abuse treatment which includes drug and alcohol testing at the discretion and direction of the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

10.     That the defendant is prohibited from entering any Military Base of any kind either in the State of Hawaii or any other location.

Advised of rights to appeal the sentence, etc.


Submitted by: Mary Rose Feria, Courtroom Manager